FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 21, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,<br><br>               Plaintiff,<br><br>       v.<br><br>RELLS FIRE PROTECTION INC., a Washington corporation; JAC'S MOUNTAIN GROUP LLC; and OREGON MUTUAL INSURANCE CO., a foreign insurer,<br><br>               Defendants. | No.   2:17-cv-00249-SMJ<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANTS JAC'S MOUNTAIN GROUP LLC AND OREGON MUTUAL INSURANCE COMPANY UNDER FED. R. CIV. P. 41(a)** |

On October 20, 2020, the parties filed a Stipulated Motion to Dismiss, ECF No. 82. The parties agree to the dismissal of the cause of action against Defendants Jac's Mountain Group, LLC, and Oregon Mutual Insurance Company.

Consistent with their agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

    **1.**    The parties Stipulated Motion to Dismiss, **ECF No. 82**, is **GRANTED**.

2. All claims brought against Defendants Jac's Mountain Group, LLC, and Oregon Mutual Insurance Company in the above-captioned are hereby **DISMISSED WITH PREJUDICE** and without an award of costs or fees to either party.

3. The Clerk's Office is directed to **AMEND** the caption as follows:

EVANSTON INSURANCE COMPANY,

Plaintiff,

v.

RELLS FIRE PROTECTION INC., a Washington corporation,

Defendant.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 21st day of October 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge