FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 25, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, | No.   2:17-cv-00249-SMJ |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| RELLS FIRE PROTECTION INC., a Washington Corporation, | |
| Defendant. | |

On February 24, 2021, the parties filed a stipulated dismissal, ECF No. 106.

Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED**:

  1.    The parties' Stipulated Motion for Order of Dismissal With Prejudice

        and Without Costs to Any Party, **ECF No. 106**, is **GRANTED**.

  2.    All claims are **DISMISSED WITH PREJUDICE,** with all parties to

        bear their own costs and attorney fees.

  3.    All pending motions are **DENIED AS MOOT**.

  4.    All hearings and other deadlines are **STRICKEN**.

//

ORDER DISMISSING CASE – 1

1    **5.**    The Clerk's Office is directed to **CLOSE** this file.

2    **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and

3    provide copies to all counsel.

4    **DATED** this 25th day of February 2021.

5    _____

6    SALVADOR MENDOZA, JR.
     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

ORDER DISMISSING CASE – 2